FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB 15 2022

TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

# FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## _____ DIVISION

CASE NO. 4:22-cv-00151-BRW-JTK

Jury Trial: ☐ Yes ☒ No
(Check One)

I. Parties

In item A below, place your <u>full</u> name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff: **David Thomas #297527**

ADC # _____

Address: _____

Name of plaintiff: _____
ADC # _____

Address: _____

*This case assigned to District Judge Wilson and to Magistrate Judge Kearney*

Name of plaintiff: _____
ADC # _____

Address: _____

In item B below, place the <u>full</u> name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B. Name of defendant: **Sgt Vollman**

Position: **Sgt**

Place of employment: **Faulkner County Sheriff**

Address: **801 Locust Street Conway AR, 72034**

Name of defendant: **J. Lingo**

Position: **Corporal**

-4-

Place of employment: Faulker County Sheriff

Address: 801 locust street Conway AR, 72034

Name of defendant: Sheriff Ryals

Position: Sheriff

Place of employment: Faulker county sheriff

Address: 801 locust street Conway AR, 72034

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

II. Are you suing the defendants in:

☐ official capacity only
☐ personal capacity only
☒ both official and personal capacity

III. Previous lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___   No ✓

B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

☐ Parties to the previous lawsuit:

Plaintiffs: _____

_____

Defendants: _____

_____

☐ Court (if federal court, name the district; if state court, name the county): _____

☐ Docket Number: _____

☐ Name of judge to whom case was assigned: _____

☐ Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

☐ Approximate date of filing lawsuit: _____

☐ Approximate date of disposition: _____

IV. Place of present confinement: Faulkner County Sheriff 801 Locust street conway AR, 72034

V. At the time of the alleged incident(s), were you:
(check appropriate blank)

_____ in jail and still awaiting trial on pending criminal charges

_____ serving a sentence as a result of a judgment of conviction

✓ in jail for other reasons (e.g., alleged probation violation, etc.)
explain: _____
_____

VI. The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

A. Did you file a grievance or grievances presenting the facts set forth in this complaint?

Yes ✓   No _____

B. Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

Yes ✓   No ___

If not, why? _____

_____

VII.  Statement of claim

State here (as briefly as possible) the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Corporal J. Lingo and sgt. Volkman jumped on me and broke my hand also denied medical attention for my injury. They are in violation of Federal an State Laws this incident displaying brutality and causing injury to my hand isnt right also not having there body cameras at the time is a tragic experience being hand-cuffed with no ability to defend myself as a man or even as a human being.

-7-

VIII. Relief

<u>State briefly exactly what you want the court to do for you.</u> Make no legal arguments. Cite no cases or statutes.

I want to be compensated for mental and Physical cruelty. I want defendants and Institution to be held liable for all that is cited in this suit including pain suffering monetary #100,000.00

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this 27 day of December, 2021.

_David Phom_ (signature)

_____
Signature(s) of plaintiff(s)

Sworn before me
Dec - 07, 2021

_Leslie Moore_ (signature)

LESLIE MOORE
MY COMMISSION # 12364230
EXPIRES: February 1, 2028
Faulkner County
STATE OF ARKANSAS NOTARY PUBLIC

# Faulkner County Detention Center
## Detainee Grievance Form

Detainee's Name (Print): **David Thomas**     Date: **12.9.2021**

STATE YOUR GRIEVANCE: **Corporal Hinso, and Sgt. Volkman jumped on me, and broken my hand, and denied me medical too. And, is violation of Federal, an State laws, and this incidents of guard brutality to me on my hand. And, didn't have body cameras on too.**

**(C.C. Copy).**

Signature and Date of Detainee Writing Grievance: **David T.  12-9-21**

Signature of Receiving Officer: **Sgt, and corporals**   Date: **12.9.2021**

**Refuse to signature my grievance.**

**Lt Terry said I get out the hole 12-13-21 Monday**

**(C.C. Copy).**

**I went to see the XR people last nite 12-12-21**

**4:17 Nurse come in told me my hand was faster.**

Signature of Responding Grievance Officer: _____     Date: ___

Matters Which Cannot Be Grieved:
- inmate job assignments, Release matters, housing unit assignments, state and federal case laws and regulations
- past grate 1 events, requests for disciplinary actions against an employee, claims for monetary damage
- administrative directives, group petitions, any matter beyond the control of the Faulkner County Detention Facility
- complaints about how other jails operate compared to Faulkner County
- policies posted by Faulkner County Detention Center.

Abuse of the Grievance Procedure:
- Excessive use of the procedure. Excessive is defined as the submission of numerous or redundant grievances beyond that which is reasonable
- Initiation of an emergency grievance when it is determined that no emergency existed
- Use of indecent or vulgar language
- Use of the procedure by any inmate who knowingly makes false statements about staff
- Grievances which are clearly insufficient will be returned to the inmate without being processed

Staff are forbidden from punishing a detainee for writing a grievance. Any perceived punishment shall be reported to the Jail Administrator without delay. Substantiated reports of retaliation shall be...

I want to be compensated for mental and physical cruelty. I want defendants and Institutions to be held liable for all that is cited in this suit.

Monetary 100,000,000$

Donald Thomas #
801 Locust Street
Conway, AR 72034

LITTLE ROCK AR
Correction
US POSTAGE   PITNEY BOWES
ZIP 72034
02 7H
0001297189   $ 000.20
JAN 31 2022

US POSTAGE   PITNEY BOWES
ZIP 72034
02 7H
0001297189   $ 000.53
JAN 07 2022

United States District
Clerks Office
Richard Sheppard Arnold United
States Court House
600 W. Capitol Avenue
Suite A-149
Little Rock, AR 72201