# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**DAVID THOMAS** **PLAINTIFF**
ADC #297527

VS. 4:22-CV-00151-BRW-JTK

**VOLKMAN, et al.** **DEFENDANTS**

## ORDER

I have reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Jerome T. Kearney. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED THAT:

1. Plaintiff's official capacity claims are DISMISSED without prejudice for failure to state a claim on which relief may be granted.

2. Plaintiff's claims against Defendant Ryals are DISMISSED without prejudice for failure to state a claim on which relief may be granted.

3. Defendant Ryals is DISMISSED as a party to this action.

4. I certify, pursuant to 28 U.S.C. § 1915(a)(3), that an _in forma pauperis_ appeal from any Order adopting these recommendations would not be taken in good faith.

DATED this 10th day of March, 2022.

BILLY ROY WILSON
UNITED STATES DISTRICT JUDGE