IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DAVID THOMAS                                                                                           PLAINTIFF
ADC #297527

v.                                                  4:22CV00151-BRW-JTK

DOUGLAS VOLKMAN, et al.                                                                    DEFENDANTS

## ORDER

Pending is David Thomas's ("Plaintiff") Complaint. (Doc. No. 2). Mail sent by defense counsel to Plaintiff at his current address of record has been returned as undeliverable. As a result, Defendants have filed a Motion to Dismiss Pursuant to Local Rule 5.5(c)(2). (Doc. Nos. 13-15).

Pursuant to Local Rule 5.5(c)(2), a pro se plaintiff must promptly notify the Clerk of the Court and the other parties of any change in his address and must monitor the progress of the case and prosecute it diligently. Further, if any communication from the Court is not responded to within thirty days, the case may be dismissed without prejudice. Accordingly, Plaintiff shall update his address within thirty (30) days of the date of this Order. If he does not do so, this case will be dismissed without prejudice for failure to prosecute. LOCAL RULE 5.5(c)(2).

IT IS SO ORDERED this 11th day of October, 2022.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE