IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DAVID THOMAS,** **PLAINTIFF**
**#297527**

**VS.** **4:22-CV-00151-BRW**

**DOUGLAS VOLKMAN, et al.** **DEFENDANTS**

### JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 21st day of November, 2022.


                                              Billy Roy Wilson
                                              UNITED STATES DISTRICT JUDGE